### CHAMBERLAIN *et al.* *v.* BRIGHT.

EVANS, P. J.   1. Under the ruling in *Phillips* v. *Sou. Ry. Co.*, 112 *Ga.* 197 (37 S. E. 418), the motion to dismiss the writ of error is denied.

2. Under the evidence, the verdict was demanded, and there was no error in its direction by the court.

*Judgment affirmed.   All the Justices concur.*

Submitted January 16,—Decided April 16, 1908.

Complaint.   Before Judge Edwards.   Polk superior court.   February 28, 1907.

*John K. Davis* and *Bunn & Trawick,* for plaintiffs in error.

*Mundy & Mundy,* contra.

---

### MAXWELL *v.* HOOD.

FISH, C. J.   There was no complaint that any error of law was committed by the judge upon the trial; the evidence authorized the verdict, and the court did not err in refusing a new trial.

*Judgment affirmed.   All the Justices concur.*

Submitted February 4,—Decided April 16, 1908.

Complaint.   Before Judge Freeman.   Heard superior court. April 30, 1907.

*Hamrick & Smith,* for plaintiff in error.

*Frank S. Loftin,* contra.